*Scarlett Law Group*
536 Pacific Avenue
San Francisco, CA 94133

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GAMBEL as NEXT FRIEND/FATHER of minor plaintiff CG;<br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, a governmental entity; THE PRESIDIO TRUST, a governmental entity; and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO.: 22-CV-4647<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOVAL RULE 16-2(d)** |

BASED ON PLAINTIFF'S MOTION TO CONTINUE, THE COURT'S FILE AND GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:

The initial Case Management Conference and Rule 26 Deadlines are continued as follows:

**January 17, 2023**

- Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan.

**January 23, 2023**

- Last Day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement.

**January 30, 2023**

- Initial Case Management Conference in Courtroom C, 15th Floor, Phillip Burton Federal Building 450 Golden Gate Avenue, San Francisco, CA at 1:30PM.

**IT IS SO ORDERED**

DATED: October 28, 2022

By: _____/s/ Sallie Kim_____
MAGISTRATE JUDGE SALLIE KIM
NORTHERN DISTRICT OF CALIFORNIA

1

**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**